FILED

09/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

No. DA 20-0115

IN THE

SUPREME COURT OF THE STATE OF MONTANA

MOUNTAIN WATER COMPANY, a Montana Corporation; AND CARLYLE INFRASTRUCTURE PARTNERS, LP, a Delaware limited partnership,

*Defendants and Appellants,*

VS.

THE CITY OF MISSOULA,

*Plaintiff and Appellee.*

ON APPEAL FROM THE MONTANA FOURTH JUDICIAL DISTRICT COURT,
MISSOULA COUNTY, HON. KAREN TOWNSEND, PRESIDING
CASE NO. DV-32-2014-0000352-CO

**ORDER GRANTING DEFENDANTS/APPELLANTS CARLYLE INFRASTRUCTURE PARTNERS, LP'S AND MOUNTAIN WATER COMPANY'S JOINT UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE JOINT OPENING BRIEF**

Pursuant to authority granted under Mont. R. App. P. 26(1), Defendants/Appellants Carlyle Infrastructure Partners, LP's and Mountain Water Company's Joint Unopposed Second Motion for Extension of Time to File Joint Opening Brief is granted. Defendants/Appellants Carlyle Infrastructure Partners, LP and Mountain Water Company may file and serve their joint opening brief on or before October 19, 2020.

Dated: _____, 2020.

15363427_v1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 11 2020